**George STOKES, Petitioner–Appellant,**

v.

**James V. PEGUESE, Warden; Attorney General of the State of Maryland, a/k/a Joseph Curran, Jr., Respondents–Appellees.**

**No. 03–6241.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 24, 2003.

George Stokes, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

George Stokes seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Stokes has not made a substantial showing of the denial of a constitutional right. *See Stokes v. Peguese,* No. CA–02–2432–PJM (D.Md. Jan. 23, 2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*